AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| LARRY STENDEBACH | ) | Case No.  2:24-mj-255-KFW |
| | ) | |
| _Defendant_ | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

_(name of person to be arrested)_     Larry Stendebach                                                                                                                  ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2251(d)(1)(A): Advertisement of Child pornography

Date and time issued:    1:31 pm, Aug 06 2024

_Judge's Signature_

City and state:    Portland, Maine

Karen Frink Wolf,   U.S. Magistrate Judge
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date:  _____                                                                                          _____
                                                                                                                                         _Arresting officer's signature_

                                                                                                                                      _____
                                                                                                                                         _Printed name and title_