# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| UNITED STATES OF AMERICA | |
|---|---|
| v. | No: 2:24-mj-255-KFW |
| LARRY STENDEBACH | |

## MOTION FOR DETENTION

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1. Eligibility of case. This case is eligible for a detention order because the case involves:

   | | Conditions requiring a temporary detention order (18 U.S.C. § 3142(d)) |
   |---|---|
   | | Crime of Violence |
   | | Maximum sentence life imprisonment or death |
   | | 10+ year drug offense |
   | | Felony, with two prior convictions in above categories |
   | X | Felony involving a minor victim, a firearm, destructive device or dangerous weapon, or failure to register as a sex offender |
   | X | Serious risk defendant will flee |
   | | Serious risk of obstruction of justice |

2. Reasons for Detention:

   i. Temporary Detention

  ii. Other than Temporary Detention. The court should detain the defendant because there are no other conditions of release which would reasonably assure:

   __ X __ Defendant's appearance as required

   __ X __ Safety of any other person and the community

3. Rebuttable Presumption. The United States will invoke the rebuttable presumption against the defendant under 18 U.S.C. § 3142(e). The presumption applies here because

  __ X __ Probable cause to believe the defendant committed an offense specified in 18 U.S.C. § 3142(e) involving: drugs, firearms, terrorism, a minor victim, or conduct outside of the United States.

  _____ Previous conviction for "eligible" offense committed while on pretrial bond

4. Date of Detention Hearing. The United States requests that the detention hearing be held after a continuance of 3 days.

5. Length of Detention Hearing. The United States will require ½ hour to present its case for detention.

Date: August 7, 2024       DARCIE N. MCELWEE
                 United States Attorney

            By: /s/Peter I. Brostowin
               Assistant United States Attorney
               United States Attorney's Office
               100 Middle Street
               Portland, ME 04101
               (207) 780-3257
               Peter.Brostowin@usdoj.gov